

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 28, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2020
```

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   **Re:   *Berrezueta v. Decker, et al.*, 20 Civ. 10688 (MKV)**

Dear Judge Vyskocil:

   This Office represents the government in the above-referenced immigration habeas matter in which petitioner Segundo Jose Berrezueta challenges the constitutionality of his detention. The government's response is due at noon on December 29, 2020, the petitioner's reply is due December 31, 2020, and a hearing on petitioner's motion for a temporary restraining order and preliminary injunction is scheduled for January 5, 2021, at 2:30 p.m. *See* ECF Nos. 7, 11. On behalf of the parties, I write respectfully to request that the Court adjourn all deadlines in this case *sine die* (*i.e.*, specifically including the dates for briefing and oral argument set forth above), and grant the parties leave to submit a joint status letter on or before January 8, 2021.

   The reason for this request is that this morning, U.S. Immigration and Customs Enforcement informed this Office that it will release petitioner tomorrow. The parties thus respectfully submit that the requested adjournment is in the interests of efficiency and conservation of judicial and party resources. Counsel for the petitioner consents to this request. This is the first request for an adjournment of the briefing and oral argument dates. I apologize for making this request within 72 hours of the deadline for the government's opposition submission; however, I am informed that the decision to release Mr. Berrezueta was not made until today.

   We thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:   *s/ Joshua E. Kahane*
JOSHUA E. KAHANE
Assistant United States Attorney
86 Chambers Street, Third floor
New York, New York 10007
Telephone: (212) 637-2699
Facsimile: (212) 637-2786
E-mail: joshua.kahane@usdoj.gov

---

The parties' request to adjourn *sine die* the briefing deadlines and the hearing scheduled for January 5, 2021, is GRANTED. The parties shall file a joint status letter on or before January 8, 2021. SO ORDERED.

Date: 12/28/2020        */s/ Mary Kay Vyskocil*
New York, New York      Mary Kay Vyskocil
                        United States District Judge

cc: Counsel of Record (via ECF)